IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| DELBERT GLENN ROGERS,<br>Institutional ID No. 02634254,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNOR MR. GREY ABBOTT, *et al.*,<br><br>Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 5:22-CV-014-BQ |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are dismissed.

**SO ORDERED.**

Dated: September 5, 2023.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE